IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CORTEZ GOULD**     **PLAINTIFF**
**ADC #11870**

v.     Case No. 4:13-cv-00565 KGB/HDY

**RICKS, et al.**     **DEFENDANTS**

## ORDER

The Court has reviewed the proposed findings and partial recommended disposition submitted by United States Magistrate Judge H. David Young (Dkt. No. 5). No objections have been filed. After careful consideration, the Court concludes that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that plaintiff is allowed to proceed with his failure to protect and inadequate medical care claims against defendants Ricks, Gillary, Bobby Brown, and Winters. All of plaintiff's other claims are dismissed without prejudice, and defendants Cameron, Smith, Stewart, and the Arkansas Department of Correction are removed as defendants.

SO ORDERED this 17th day of December, 2013.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge